UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:20-cv-01216-GAP-GJK

TAVIA WAGNER,

    Plaintiff,

vs.

RAY SERVICE STATION, INC.,
d/b/a RAY'S SUNOCO,

    Defendant.
_____/

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff TAVIA WAGNER, by and through her undersigned counsel, hereby files this Stipulation of Voluntary Dismissal, with prejudice, of this action, against Defendant, RAY SERVICE STATION, INC., d/b/a RAY'S SUNOCO.

Respectfully submitted this 19th day of August 2020.

   By: /s/Joe M. Quick, Esq.
      Joe M. Quick, Esq.
      Florida Bar No.: 0883794
      Law Offices of Joe M. Quick, P.A.
      *Counsel for Plaintiff*
      1224 S. Peninsula Drive #619
      Daytona Beach, Florida 32118
      Tel: (386) 212-3591
      E-mail: JMQuickesq@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of August 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

      By: /s/Joe M. Quick, Esq.
Joe M. Quick, Esq.
Florida Bar No.: 0883794
Attorney for Plaintiff
Law Offices of Joe M. Quick, P.A.
1224 S. Peninsula Drive #619
Daytona Beach, Florida 32118
Tel: (386) 212-3591
E-mail: JMQuickesq@gmail.com