# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAVIA WAGNER,**

      **Plaintiff,**

**v.**                                                        **Case No:   6:20-cv-1216-Orl-31GJK**

**RAY SERVICE STATION INC.,**

      **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Voluntary Dismissal With Prejudice (Doc. 8), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 20, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties